| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Ebel, David M. | 2. Court or Organization<br><br>Tenth Circuit Court of Appeals | 3. Date of Report<br><br>3/24/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>Byron White U.S. Courthouse<br>1823 Stout Street, Room 109L<br>Denver, CO 80257 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAR 25 A 9: 46 FINANCIAL DISCLOSURE OFFICE

Ebel_David_M

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 3/24/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2008 | Univ. of Colorado School of Law -- teaching | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Nicole Grodner Glauser | June 6-8, 2008 | Austin, TX | Perform wedding | travel, lodging, food |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 3/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Magellan Fd. | A | Dividend | J | T | Buy | 10/30 | J | | |
| 2. Janus Contrarian Fund | A | Dividend | J | T | Sold (part) | 11/17 | J | | |
| 3. Fidelity Ginnie Mae Fd. | A | Dividend | | | Sold | 9/8 | J | | |
| 4. Janus Global Life Science Fd. | | None | J | T | Buy | 10/30 | J | | |
| 5. Janus Money Market Fd. | B | Dividend | L | T | Buy | 3/11 | K | | |
| 6. " " " | | | | | Sold (part) | 5/8 | L | A | |
| 7. " " " | | | | | Sold (part) | 10/30 | K | A | |
| 8. " " " | | | | | Buy | 11/17 | K | | |
| 9. US Bank, Denver, Colo. | A | Interest | J | T | | | | | |
| 10. Janus Orion Fund | A | Dividend | J | T | Buy | 5/8 | J | | |
| 11. " " " | | | | | Buy | 10/30 | J | | |
| 12. Fidelity Cash Reserves | B | Interest | K | T | Buy | 3/11 | K | | |
| 13. " " " | | | | | Sold (part) | 5/8 | K | | |
| 14. " " " | | | | | Sold (part) | 10/30 | K | A | |
| 15. " " " | | | | | Buy | 11/17 | K | | |
| 16. " " " | | | | | Sold (part) | 12/9 | J | A | |
| 17. Fidelity Select Energy Fd. Service | B | Dividend | J | T | Sold (part) | 3/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 3/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. " " " | | | | | Buy | 5/8 | J | | |
| 19. " " " | | | | | Sold (part) | 9/8 | J | | |
| 20. " " " | | | | | Sold (part) | 11/17 | J | | |
| 21. EYEris Class A Common Stock | | None | J | T | | | | | |
| 22. EYEris Class B Common Stock | | None | J | T | | | | | |
| 23. Janus Growth & Income Fd. | A | Dividend | J | T | Buy | 10/30 | J | | |
| 24. Fidelity U.S. Gov't Res. | A | Interest | J | T | | | | | |
| 25. Fidelity Emerging Market Fd. | A | Dividend | J | T | Sold (part) | 3/11 | J | B | |
| 26. " " " | | | | | Sold (part) | 5/8 | J | A | |
| 27. Fidelity Value Fund | A | Dividend | J | T | Buy | 10/30 | J | | |
| 28. Fidelity Diversified Int'l Fund | A | Dividend | J | T | | | | | |
| 29. Dodge & Cox Stock Fund | A | Dividend | J | T | | | | | |
| 30. Dodge & Cox Balanced Fund | A | Dividend | J | T | | | | | |
| 31. Dodge & Cox Income Fund | B | Dividend | K | T | Buy | 3/27 | K | | |
| 32. Royce Technology Value Fund | A | Dividend | J | T | Sold (part) | 1/4 | J | A | |
| 33. Royce Opportunity Fd. | A | Dividend | J | T | Sold (part) | 1/4 | J | A | |
| 34. Royce Total Return Fd. | A | Dividend | J | T | Buy | 1/4 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q=Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 3/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Janus Overseas Fund | B | Dividend | K | T | Sold (part) | 3/11 | K | B | |
| 36. " " " | | | | | Buy | 5/8 | K | | |
| 37. " " " | | | | | Sold (part) | 11/17 | J | | |
| 38. Janus Short-Term Bond Fd. | A | Interest | J | T | | | | | |
| 39. Janus Risk Management Stock Fd. | A | Dividend | J | T | | | | | |
| 40. Janus Mid-Cap Value Fd. | B | Dividend | K | T | Buy | 5/8 | K | | |
| 41. " " " | | | | | Buy | 10/30 | J | | |
| 42. Fidelity Int'l Small Cap Fd. | | None | J | T | Sold (part) | 3/11 | J | A | |
| 43. Fidelity Contra Fd. | A | Dividend | J | T | Sold (part) | 3/11 | J | A | |
| 44. " " " | | | | | Buy | 11/30 | J | | |
| 45. Fidelity Select Wireless Fd. | A | Dividend | J | T | Sold (part) | 3/11 | J | A | |
| 46. Fidelity Select Natural Gas Fd. | B | Dividend | J | T | Buy | 5/8 | K | | |
| 47. " " " | | | | | Sold (part) | 11/17 | J | | |
| 48. Dodge & Cox International Fd. | C | Dividend | K | T | Sold (part) | 3/13 | K | C | |
| 49. Pennsylvania Mutual Fd. | A | Dividend | K | T | Buy | 1/4 | J | | |
| 50. Royce Premier Fund | A | Dividend | K | T | Sold (part) | 1/7 | K | B | |
| 51. " " " | | | | | Buy | 5/8 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 3/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Royce 100 Fund | A | Dividend | J | T | | | | | |
| 53. Royce Value Plus Fd. | A | Dividend | J | T | Sold (part) | 5/8 | K | B | |
| 54. Northwestern Mutual Modified Whole Life Policy | D | Interest | M | T | | | | | |
| 55. Mass. Mutual Whole Life Policy | C | Interest | J | T | | | | | |
| 56. Thrivant Lutheran Brotherhood Whole Life Policy | A | Interest | J | T | | | | | |
| 57. Janus Enterprise Fund | | None | J | T | Buy | 10/30 | J | | |
| 58. Janus Global Research Fund | A | Dividend | K | T | Sold (part) | 3/11 | K | B | |
| 59. Fidelity Canada Fd. | A | Dividend | K | T | Buy | 10/30 | J | | |
| 60. PERA Growth & Income Fund | A | Dividend | J | T | | | | | |
| 61. Fidelity Real Estate Invetment | A | Dividend | J | T | Buy | 3/22 | J | | |
| 62. Fidelity Select Environmental Services | A | Dividend | J | T | Buy | 9/20 | J | | |
| 63. Janus Fund | A | Dividend | J | T | Buy | 10/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 3/24/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544